Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  CANDACE BOLLINGER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CANDACE BOLLINGER, | ) Case No.:  2:14-CV-255 CKD |
| | ) |
| Plaintiff, | ) STIPULATION TO EXTEND |
| | ) BRIEFING SCHEDULE |
| vs. | ) |
| | ) |
| CAROLYN COLVIN, Acting | ) |
| | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |
|_____ | ) |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE

JUDGE OF THE DISTRICT COURT:

Plaintiff Candace Bollinger ("Plaintiff") and defendant Carolyn Colvin,

Acting Commissioner of Social Security ("Defendant"), through their undersigned

counsel of record, hereby stipulate, subject to the approval of the Court, to extend

the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand

to August 25, 2014; and that Defendant shall have until September 24, 2014, to file

his opposition.  Any reply by plaintiff will be due September 30, 2014.

-1-

1    An extension of time for plaintiff is needed in order to properly address the

2    issues within the administrative record in this matter.  Counsel sincerely apologizes

3    to the court for any inconvenience this may have had upon it or its staff.

4

5    DATE: July 10, 2014            Respectfully submitted,

6                                   LAW OFFICES OF LAWRENCE D. ROHLFING

7                        /s/ *Steven G. Rosales*

8                        BY: _____
                         Steven G. Rosales
                         Attorney for plaintiff CANDACE BOLLINGER

9

10   DATED:  July 10, 2014          BENJAMIN WAGNER
                                    United States Attorney

11

12                                  */S/- Sundeep Patel

13

14                                  _____
                                    Sundeep Patel

15                                  Special Assistant United States Attorney
                                    Attorney for Defendant

16                                  [*Via email authorization]

17

18       IT IS HEREBY ORDERED that plaintiff may have an extension of time, to

19   and including August 25, 2014, in which to file Plaintiff's Motion for Summary

20   Judgment or Remand; Defendant may have an extension of time to September 24,

21   2014 to file his opposition, if any is forthcoming.  Any reply by plaintiff will be

22   due September 30, 2014.

23       IT IS SO ORDERED.

24   Dated:  July 15, 2014

                                    _____
25                                  CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE
26

-2-